**STATE v. EL SHABAZZ**

[366 N.C. 212 (2012)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | From Guilford County |
| | ) | |
| TIMOTHY LEE HARRIS EL SHABAZZ | ) | |

No. 205P12

(Filed 14 June 2012)

## ORDER

This matter being before this Court on defendant's Petition for Writ of Certiorari seeking a belated appeal, the Court enters the following order:

On its own motion, the Court hereby ALLOWS defendant to proceed *in forma pauperis*;

Defendant's Petition for Writ of Certiorari is ALLOWED for the limited purpose of remanding to the Court of Appeals so that defendant may pursue his appeal in that court.

By order of this Court in Conference, this 13th day of June, 2012.

s/Martin, J.
For the Court